IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

**In re: Paulsboro Derailment Cases**
      **Master Docket No. 13cv784 (RBK/KMW)**

Wilson et al. v. Consolidated Rail Corp. et al.
Civil No. 12-7586 (RBK/KMW)

Breeman v. Consolidated Rail Corp. et al.
Civil No. 12-7468 (RBK/KMW)

Pollicino et al. v. Consolidated Rail Corp. et al.
Civil No. 12-7648 (RBK/KMW)

Lord et al. v. Consolidated Rail Corp. et al.
Civil No. 12-7747 (RBK/KMW)

Kidd et al. v. Moon et al.
Civil No. 13-208 (RBK/KMW)

Haynes v. CSX Transportation, Inc. et al.
Civil No. 13-410 (RBK/KMW)

Stephenson et al. v. Consolidated Rail Corp. et al.
Civil No. 13-721 (RBK/KMW)

Wilson v. Consolidated Rail Corporation et al.
Civil No. 13-761(RBK/KMW)

<u>ORDER ESTABLISHING MASTER DOCKET NUMBER</u>
<u>FOR ALL PAULSBORO DERAILMENT CASES</u>

     These cases having been consolidated for the purpose of discovery and case management; and the Court intending that all counsel get notice of all filings in the consolidated cases; and good cause existing for the entry of this Order,

     IT IS HEREBY ORDERED this **8th** day of **February, 2013,** that the Clerk of the Court shall designate C.A. No. 13cv784 (RBK/KMW) as the master docket number for all Paulsboro Derailment cases.  All filings in any Paulsboro Derailment Case shall hereafter include the caption, "**In Re Paulsboro Derailment**

**Cases, Master Dkt. No. 13cv784 (RBK/KMW)**" <u>and</u> the caption of the individual case to which the filing pertains; and

    IT IS FURTHER ORDERED that the Clerk of the Court shall include on the service list for the master docket all counsel who entered an appearance in any Paulsboro Derailment Case; and

    IT IS FURTHER ORDERED that if a filing pertains to all Paulsboro Derailment Cases it shall only include the master docket number.

      **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

Dated: _2/8/2013_        /s/ Robert B. Kugler
                              Robert B. Kugler
                              United States District Judge