IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PAULSBORO DERAILMENT CASES<br><br>This Filing Relates To The Following Actions: | No. 13-cv-784 RBK-KMW |
| DONALD WILSON, MISHON WILSON, ALVERA BLANDING ROBINSON and JUAN SEREY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>CONSOLIDATED RAIL CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY a/k/a NORFOLK SOUTHERN CORPORATION, and CSX TRANSPORTATION, INC.<br><br>Defendants. | No.12-cv-07586-RBK-KMW |
| OWEN HAYNES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>CONSOLIDATED RAIL CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY a/k/a NORFOLK SOUTHERN CORPORATION, and CSX TRANSPORTATION, INC.<br><br>Defendants. | No. 13-cv-410-RBK-KMW |
| JOHN STEPHENSON and TRACY LEE, in their own right and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>CONSOLIDATED RAIL CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY a/k/a NORFOLK SOUTHERN CORPORATION, and CSX TRANSPORTATION, INC. | No. 13-cv-721-RBK-KMW |

| Defendants | |
|---|---|
| DON WILSON, d/b/a/ DON'S BARBERSHOP, <br><br> Plaintiff, <br><br> vs. <br><br> CONSOLIDATED RAIL CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY a/k/a NORFOLK SOUTHERN CORPORATION, and CSX TRANSPORTATION, INC <br><br> Defendants. | No. 13-cv-761 RBK/KMW |

## STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE SECOND CONSOLIDATED CLASS ACTION AMENDED COMPLAINT

WHEREAS, on May 24, 2013, Plaintiffs DONALD WILSON and TRACY LEE ("Plaintiffs") filed their Consolidated Class Action Amended Complaint in this action against CONSOLIDATED RAIL CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY, and CSX TRANSPORTATION, INC. ("Defendants"); and

WHEREAS, Plaintiffs seek to file their Second Consolidated Class Action Amended Complaint, removing "John Stephenson" as a Plaintiff; and

WHEREAS, a copy of Plaintiffs' proposed Second Consolidated Class Action Amended Complaint is attached hereto as **Exhibit "A."**

**IT IS HEREBY STIPULATED and AGREED**, by and between Plaintiffs and Defendants, by and through their respective counsel, that:

1.      Plaintiffs should be granted leave to amend to file their Second Consolidated Class Action Amended Complaint, a copy of which is attached hereto as **Exhibit "A."**

Stipulated By and Between the following counsel

Dated June 3, 2013                         LOCKS LAW FIRM, LLC

                                           By: /s/ James J. Pettit, Esquire
                                           James J. Pettit, Esquire
                                           457 Haddonfield Road, Suite 500
                                           Cherry Hill, NJ 08002
                                           Tel: (856) 663-8200
                                           Fax: (856) 661-8400

                                           *Lead Counsel for the Putative Class*

Dated June 10, 2013                        SCHNADER HARRISON SEGAL & LEWIS, LLP

                                           By: *Alison C. Finnegan*
                                           Alison C. Finnegan, Esquire
                                           Ralph Wellington (admitted *pro hac vice*)
                                           1600 Market Street, Suite 3600
                                           Philadelphia, PA 19103
                                           Tel: (215) 751-2117; 2448
                                           Fax: (215) 751-2205

                                           *Attorneys for Defendants*

IT IS SO ORDERED.

Dated: _____, 2013

BY THE COURT:

KAREN M. WILLIAMS
UNITED STATES MAGISTRATE JUDGE